# Court of Appeals
# of the State of Georgia

ATLANTA,___March 13, 2013____

*The Court of Appeals hereby passes the following order:*

**A13A1327. KEVIN MCAVANEY v. JESSICA CAMPBELL.**

Kevin McAvaney has filed a direct appeal from the superior court's order denying his petition to legitimate a minor child. Appeals in domestic relations cases must comply with the discretionary appeal procedure, and a legitimation action is a domestic relations case. See OCGA § 5-6-35 (a) (2); *Brown v. Williams*, 174 Ga. App. 604 (332 SE2d 48) (1985). Accordingly, McAvaney was required to file an application for discretionary appeal to obtain review of this order. Because he failed to comply with the discretionary appeal procedures, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_03/13/2013_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

___, *Clerk.*